# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

| | |
|---|---|
| **KRISTA A. KARGER,** | **JUDGMENT IN A CIVIL CASE** |
| **Plaintiff,** | 07-cv-712-bbc |
| **v.** | |
| **MICHAEL J. ASTRUE,** Commissioner of Social Security, | |
| **Defendant.** | |

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that the decision of defendant Michael J. Astrue, Commissioner of Social Security, is AFFIRMED and

plaintiff Krista Karger's appeal is DISMISSED.


**THERESA M. OWENS**

_____

**Theresa M. Owens, Clerk**


**Connie A. Korth**

_____

**by Deputy Clerk**

**7/03/08**
_____
**Date**